### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC; COLORADO PACIFIC RAILROAD, L.L.C.; D&L FARMS, GP; E&D Farms, GP; D&C FARMS, GP; L&E FARMS, GP; NORTH FOUR FARMS, GP; MARIENTHAL GRAIN LLC; D&A FARMS, GP; HINEMAN LAND & CATTLE, INC.; HINEMAN RANCH, L.L.C.; CIRCLE C FARMS, INC.; STEVEN COMPTON; MARK SANDERS; and JLD PARTNERSHIP;<br><br>               Plaintiffs,<br><br>v.<br><br>KANSAS & OKLAHOMA RAILROAD, LLC, and UNION PACIFIC RAILROAD COMPANY,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:26-cv-02053<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **CLERK'S ORDER FOR EXTENSION OF TIME**

     Pursuant to the District of Kansas Local Rule 77.2(a)(2), Defendant Kansas & Oklahoma Railroad, LLC is granted an additional fourteen (14) days to answer or otherwise respond to the Complaint. Defendant was served with the Complaint on or about **January 28, 2026**. Defendant's answer or other responsive pleading to the Complaint is due on **February 18, 2026**. The fourteen (14) day extension makes the answer or other responsive pleading due on **March 4, 2026**. The time prescribed to answer or otherwise respond to the Complaint has not expired.

                                                  s/ J. Kendall, Deputy Clerk
                                                  Clerk of the U.S. District Court

Dated: February 12, 2026

Respectfully submitted,

*/s/ Sara A. Fevurly*
Jeffrey J. Simon, KS 15231
Sara A. Fevurly, KS 27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: 816.983.8000
F: 816.983.8080
jeff.simon@huschblackwell.com
sara.fevurly@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**
**KANSAS & OKLAHOMA RAILROAD, LLC**