# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*, <br><br> Defendants. | Case No. 2:26-cv-02053-JAR-GEB |

## ENTRY OF APPEARANCE

Melissa Hoag Sherman, admitted to practice in this Court, hereby appears in this case as counsel for Defendant Union Pacific Railroad Company.

| | |
|---|---|
| February 12, 2026 | Respectfully submitted, |
| SIDLEY AUSTIN LLP | SPENCER FANE LLP |
| | */s/ Melissa Hoag Sherman* |
| Bruce R. Braun (*pro hac vice forthcoming*) <br> 1 South Dearborn <br> Chicago, Illinois 60603 <br> bbraun@sidley.com | Melissa Hoag Sherman, KS #20278 <br> 6201 College Boulevard, Suite 500 <br> Overland Park, Kansas 66211 <br> Telephone: (913) 345-8100 <br> Fax: (913) 345-0736 <br> msherman@spencerfane.com |
| Allison Davis (*pro hac vice forthcoming*) <br> Tobias S. Loss-Eaton (*pro hac vice forthcoming*) <br> 1501 K Street NW <br> Washington, DC 20005 <br> 202-736-8000 <br> allison.davis@sidley.com <br> tlosseaton@sidley.com | |

*Counsel for Defendant Union Pacific Railroad Company*

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2026, I caused the foregoing document to be filed through the CM/ECF system, which will serve notice on all registered counsel.

*/s/ Melissa Hoag Sherman*
Attorney for Defendant
Union Pacific Railroad Company