IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*, <br><br> Defendants. | Case No. 2:26-cv-02053-JAR-GEB |

**ORDER GRANTING EXTENSION OF TIME FOR
DEFENDANT UNION PACIFIC RAILROAD COMPANY
<u>TO FILE RESPONSIVE PLEADING</u>**

For good cause shown, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules 6.1(a) and 77.2(a)(2), Defendant Union Pacific Railroad Company ("Union Pacific") is hereby granted an extension of time to answer, reply, or otherwise plead in response to the Complaint filed by Plaintiffs in this action, through and including March 4, 2026. Union Pacific was served with process on January 28, 2026, such that its deadline pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i) for answering or otherwise responding to the Complaint is February 18, 2026. No prior extensions have been granted, Plaintiffs consent to the requested extension of time, and Union Pacific's deadline has not yet expired.

             /s/ M. Harrison, Deputy Clerk
           Clerk of the United States District Court

Respectfully submitted,

| | |
|---|---|
| SIDLEY AUSTIN LLP | SPENCER FANE LLP |
| | |
| | */s/ Melissa Hoag Sherman* |
| Bruce R. Braun (*pro hac vice forthcoming*) | Melissa Hoag Sherman, KS #20278 |
| 1 South Dearborn | 6201 College Boulevard, Suite 500 |
| Chicago, Illinois 60603 | Overland Park, Kansas 66211 |
| bbraun@sidley.com | Telephone: (913) 345-8100 |
| | Fax: (913) 345-0736 |
| Allison Davis (*pro hac vice forthcoming*) | msherman@spencerfane.com |
| Tobias S. Loss-Eaton (*pro hac vice forthcoming*) | |
| 1501 K Street NW | |
| Washington, DC 20005 | |
| 202-736-8000 | |
| allison.davis@sidley.com | |
| tlosseaton@sidley.com | |

*Counsel for Defendant Union Pacific Railroad Company*