IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC; COLORADO PACIFIC RAILROAD, L.L.C.; D&L FARMS, GP; E&D Farms, GP; D&C FARMS, GP; L&E FARMS, GP; NORTH FOUR FARMS, GP; MARIENTHAL GRAIN LLC; D&A FARMS, GP; HINEMAN LAND & CATTLE, INC.; HINEMAN RANCH, L.L.C.; CIRCLE C FARMS, INC.; STEVEN COMPTON; MARK SANDERS; and JLD PARTNERSHIP;<br><br>           Plaintiffs,<br><br>v.<br><br>KANSAS & OKLAHOMA RAILROAD, LLC, and UNION PACIFIC RAILROAD COMPANY,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.   2:26-cv-02053<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Daniel G. Solomon be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.  I have verified that the information contained in the affidavit is true and accurate.

Dated this 13th day of February, 2026.

1

Respectfully submitted,

*/s/ Jeffrey J. Simon*
Jeffrey J. Simon, KS 15231
Sara A. Fevurly, KS 27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: 816.983.8000
F: 816.983.8080
jeff.simon@huschblackwell.com
sara.fevurly@huschblackwell.com

**ATTORNEYS FOR DEFENDANT
KANSAS & OKLAHOMA RAILROAD, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of February 2026, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Jeffrey J. Simon*
Attorney