**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| WESKAN GRAIN LLC; COLORADO PACIFIC RAILROAD, L.L.C.; D&L FARMS, GP; E&D Farms, GP; D&C FARMS, GP; L&E FARMS, GP; NORTH FOUR FARMS, GP; MARIENTHAL GRAIN LLC; D&A FARMS, GP; HINEMAN LAND & CATTLE, INC.; HINEMAN RANCH, L.L.C.; CIRCLE C FARMS, INC.; STEVEN COMPTON; MARK SANDERS; and JLD PARTNERSHIP;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KANSAS & OKLAHOMA RAILROAD, LLC, and UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.  2:26-cv-02053<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Daniel G. Solomon.

2. I practice under the following firm name or letterhead:

    Daniel G. Solomon
    Husch Blackwell LLP
    1801 Pennsylvania Avenue, NW, Suite 1000
    Washington, DC 20006
    Phone:  (202) 378-2300
    Fax:  (314) 480-1505
    Email:  danny.solomon@huschblackwell.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

1

| Court | Date of Admission | Bar Number |
|---|---|---|
| Missouri | 09/18/2019 | 72140 |
| District of Columbia | 04/02/2022 | 1781913 |
| Maryland | 02/09/2023 | 2302090002 |
| U.S. District Court Eastern District of MO | 05/12/2020 | 72140 |
| U.S. District Court Central District of Illinois | 09/10/2020 | |
| U.S. Court of Appeals for the Third Circuit | 12/11/2025 | |
| U.S. Court of Appeals for the Fourth Circuit | 12/12/2022 | |
| U.S. Court of Appeals for the Fifth Circuit | 07/12/2022 | |
| U.S. Court of Appeals for the Sixth Circuit | 12/06/2024 | |
| U.S. Court of Appeals for the Eighth Circuit | 10/26/2023 | |
| U.S. Court of Appeals for the Ninth Circuit | 01/26/2022 | |
| United States Supreme Court | 07/24/2023 | 319365 |
| U.S. Court of Appeals, District of Columbia Circuit | 09/20/2023 | 64802 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

HUSCH BLACKWELL LLP

Daniel G. Solomon