**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*, <br><br> Defendants. | Case No. 2:26-cv-02053-JAR-GEB |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4, I move that Tobias S. Loss-Eaton, Allison Davis, and Stephen S. Done be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorneys. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required Affidavits in support of this Motion. I have verified that the information contained in the Affidavits is true and accurate.

Dated this 25th day of February 2026.

Respectfully submitted,

SPENCER FANE LLP

*/s/ Melissa Hoag Sherman*
Melissa Hoag Sherman, KS #20278
6201 College Boulevard, Suite 500
Overland Park, Kansas 66211
Telephone: (913) 345-8100
Fax: (913) 345-0736
msherman@spencerfane.com

*Counsel for Defendant*
*Union Pacific Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on February 25, 2026, I caused the foregoing document to be filed through the CM/ECF system, which will serve notice on all registered counsel.

*/s/ Melissa Hoag Sherman*
Attorney for Defendant
Union Pacific Railroad Company