IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*, <br><br> Defendants. | Case No. 2:26-cv-02053-JAR-GEB |

**AFFIDAVIT OF TOBIAS S. LOSS-EATON**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: Tobias S. Loss-Eaton

2. I practice under the following firm name or letterhead:

   Name: Sidley Austin LLP

   Address: 1501 K Street NW
   Washington, DC 20005

   Telephone Number: (202) 736-8427

   Fax: (202) 736-8711

   Email address: tlosseaton@sidley.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | 6/21/2011 | 4938403 |
| District of Columbia | 4/7/2014 | 1019749 |
| U.S. Supreme Court | 12/8/2015 | 296578 |
| U.S. Court of Appeals, 1st Circuit | 11/26/2019 | N/A |
| U.S. Court of Appeals, 2nd Circuit | 7/8/2014 | N/A |
| U.S. Court of Appeals, 4th Circuit | 8/21/2020 | N/A |
| U.S. Court of Appeals, 5th Circuit | 5/29/2024 | N/A |
| U.S. Court of Appeals, 6th Circuit | 2/24/2020 | N/A |
| U.S. Court of Appeals, 7th Circuit | 12/25/2020 | N/A |
| U.S. Court of Appeals, 9th Circuit | 2/1/2019 | N/A |
| U.S. Court of Appeals, Federal Circuit | 6/9/2015 | N/A |
| U.S. Court of Appeals, D.C. Circuit | 10/15/2014 | 55617 |
| U.S. District Court, District of Columbia | 7/21/2011 | D00360 |
| U.S. Court of International Trade | 3/4/2019 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule, local counsel has been retained to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this Affidavit and the Motion for Leave to Appear Pro Hac Vice. I understand that I will receive System-generated notices of electronic filings.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tobias S. Loss-Eaton

Subscribed and sworn to before the undersigned on this 19th day of February 2026.

_____
Notary Public

My Appointment Expires:
March 14, 2029

Meegan Rae N. Lyles
Notary Public of District of Columbia
My Commission Expires March 14, 2029



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing Registration Form

Name: Tobias S. Loss-Eaton

Office: Sidley Austin LLP

Address: 1501 K Street NW

Address:

City: Washington   State: DC   Zip: 20005

Office Phone: (202) 736-8427   Ext.:   Fax: (202) 736-8711

State Bar # 1019749 (District of Columbia)

Attorney's Internet E-mail Address: tlosseaton@sidley.com

Additional email addresses that should receive Notices of Electronic Filing: dcefilingnotice@sidley.com

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

Date: 2/19/26

Applicant's Signature

Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*, <br><br> Defendants. | Case No. 2:26-cv-02053-JAR-GEB |

**AFFIDAVIT OF ALLISON C. DAVIS**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: Allison C. Davis

2. I practice under the following firm name or letterhead:

    Name: Sidley Austin LLP

    Address: 1501 K Street NW
    Washington, DC 20005

    Telephone Number: (202) 736-8251

    Fax: (202) 736-8711

    Email address: allison.davis@sidley.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Massachusetts | 12/8/2008 | 673650 |
| New York | 2/18/2010 | 4791299 |
| District of Columbia | 10/3/2011 | 1003674 |
| U.S. Court of Appeals, 7th Circuit | 6/14/2024 | N/A |
| U.S. Court of Appeals, 8th Circuit | 9/10/2025 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule, local counsel has been retained to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this Affidavit and the Motion for Leave to Appear Pro Hac Vice. I understand that I will receive System-generated notices of electronic filings.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Allison C. Davis

Subscribed and sworn to before the undersigned on this 19th day of February 2026.

_____
Notary Public

My Appointment Expires:
March 14, 2029

Meegan Rae N. Lyles
Notary Public of District of Columbia
My Commission Expires March 14, 2029





# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing
### Registration Form

Name: Allison C. Davis

Office: Sidley Austin LLP

Address: 1501 K Street NW

Address:

City: Washington   State: DC   Zip: 20005

Office Phone: (202) 736-8251   Ext.:   Fax: (202) 736-8711

State Bar # 1003674 (District of Columbia)

Attorney's Internet E-mail Address: allison.davis@sidley.com

Additional email addresses that should receive Notices of Electronic Filing: dcefilingnotice@sidley.com

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

Date: 2/19/2026

Applicant's Signature

Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:26-cv-02053-JAR-GEB |

**AFFIDAVIT OF STEPHEN S. LAUDONE**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: Stephen S. Laudone

2. I practice under the following firm name or letterhead:

    Name: Sidley Austin LLP

    Address: 1501 K Street NW
    Washington, DC 20005

    Telephone Number: (202) 736-8384

    Fax: (202) 736-8711

    Email address: slaudone@sidley.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| District of Columbia | 4/17/2020 | 1708325 |
| New York | 1/17/2019 | 5662051 |
| U.S. Court of Appeals, 7th Circuit | 6/14/2024 | N/A |
| U.S. Court of Appeals, 11th Circuit | 12/8/2023 | N/A |
| U.S. District Court, District of Columbia | 3/3/2025 | 1708325 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule, local counsel has been retained to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this Affidavit and the Motion for Leave to Appear Pro Hac Vice. I understand that I will receive System-generated notices of electronic filings.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Stephen S. Laudone

Subscribed and sworn to before the undersigned on this __19__ day of February 2026.

_____
Notary Public

My Appointment Expires:
march 14, 2029

Meegan Rae N. Lyles
Notary Public of District of Columbia
My Commission Expires March 14, 2029





# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing Registration Form

Name: Stephen S. Laudone
Office: Sidley Austin LLP
Address: 1501 K Street NW
Address:
City: Washington   State: DC   Zip: 20005
Office Phone: (202) 736-8384   Ext.:   Fax: (202) 736-8711

State Bar # 1708325 (District of Columbia)

Attorney's Internet E-mail Address: slaudone@sidley.com

Additional email addresses that should receive Notices of Electronic Filing: dcefilingnotice@sidley.com

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

2/19/2026
Date

*[signature]*
Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.