UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*,<br><br>*Defendants*. | No. 2:26-cv-2053-JAR-GEB |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Fed. R. Civ. P. 7.1, Defendant Union Pacific Railroad Company ("Union Pacific") hereby makes and provides the following corporate disclosure statement:

Union Pacific is a wholly owned subsidiary of Union Pacific Corporation, a publicly held corporation. Union Pacific is incorporated in Delaware, with its principal place of business in Omaha, Nebraska. Under Rule 7.1, Union Pacific is a citizen of Delaware and Nebraska for purposes of diversity.

| | |
|---|---|
| February 26, 2026 | Respectfully submitted, |
| | s/ *Melissa Hoag Sherman* |
| Raymond A. Atkins (*pro hac vice forthcoming*) | Melissa Hoag Sherman |
| Allison C. Davis (*pro hac vice*) | SPENCER FANE LLP |
| Tobias S. Loss-Eaton (*pro hac vice*) | 6201 College Boulevard, Suite 500 |
| Stephen S. Laudone (*pro hac vice*) | Overland Park, KS 66211 |
| SIDLEY AUSTIN LLP | Telephone: 913-327-5107 |
| 1501 K Street, N.W. | Fax: (913) 345-0736 |
| Washington, D.C. 20005 | msherman@spencerfane.com |
| Telephone: (202) 736-8000 | |
| Fax: (202) 736-8711 | |
| ratkins@sidley.com | |
| allison.davis@sidley.com | |
| tlosseaton@sidley.com | |
| slaudone@sidley.com | |

*Attorneys for Defendant Union Pacific Railroad Company*

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, I caused the foregoing document to be filed through the CM/ECF system, which will serve notice on all registered counsel.

                                         *s/ Melissa Hoag Sherman*
                                         Attorney for Defendant
                                         Union Pacific Railroad Company