**From:** Tom Ajamie <tajamie@ajamie.com>
**Sent:** Wednesday, February 11, 2026 2:57 PM
**To:** Simon, Jeff <Jeff.Simon@huschblackwell.com>
**Cc:** Rex Sharp <rsharp@midwest-law.com>; Ike Diel <idiel@midwest-law.com>; Hammons Hepner <hhepner@midwest-law.com>; Courtney Scobie <cscobie@ajamie.com>; Jack Edwards <jedwards@ajamie.com>; Tom Neumayr <tneumayr@ajamie.com>
**Subject:** Weskan Grain v. K&O-responsive pleading

[EXTERNAL EMAIL]

Dear Jeff,

I introduce myself as lead counsel in this matter, along with the able assistance of those copied here.

While we do believe in, and practice civility and professional accommodations of opposing counsel, (and trust you will do the same) we can grant you some additional time to respond to the complaint, but not until mid-March.

To meet whatever deadlines the Court sets, we will need your client to be more responsive. I will try to reciprocate on my side.
It appears that it took almost a week to reach out as well and ask for an extension. Now that you have, let me respond that I will always give lead counsel extensions for problems that inevitably arise—sickness, family issues, conflicts in schedule, etc. Mid March, however, is asking for too long.

But in the spirit of civility and professionalism, we will grant an extension to Feb. 25th.

Regards,

Tom

THOMAS R. AJAMIE

AJAMIE LLP

150 East 58th Street, 29th Floor, New York, NY 10155

711 Louisiana Street, Suite 1600, Houston, TX 77002

Office: 713-860-1600 Mobile: 917-459-6494

Email: tajamie@ajamie.com

Web: www.ajamie.com



**CONFIDENTIALITY NOTICE:** This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.