| | |
|---|---|
| **From:** | Tom Ajamie |
| **To:** | Simon, Jeff |
| **Cc:** | Rex Sharp; Fevurly, Sara; Solomon, Danny; msherman@spencerfane.com; Courtney Scobie; Jack Edwards |
| **Subject:** | Re: Weskan v. K&O |
| **Date:** | Thursday, February 26, 2026 9:07:11 AM |

**[EXTERNAL EMAIL]**

Good morning Jeff-

Yes, we must oppose.

Feel free to call anytime you have questions.

Regards

Tom

THOMAS R. AJAMIE
AJAMIE LLP
150 East 58th Street, 29th floor
New York, NY 10155
711 Louisiana Street, Suite 1600, Houston, TX 77002
Office: 713-860-1600 Mobile: 917-459-6494
Email: tajamie@ajamie.com
Web: www.ajamie.com



**CONFIDENTIALITY STATEMENT**

This electronic transmission, including any accompanying documents, contains information which may be confidential or privileged. It is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, please be aware that any disclosure, replication, distribution or use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify me immediately by return email.

---

**From:** Tom Ajamie <tajamie@ajamie.com>
**Sent:** Wednesday, February 25, 2026 3:37:37 PM
**To:** Simon, Jeff <Jeff.Simon@huschblackwell.com>
**Cc:** Rex Sharp <rsharp@midwest-law.com>; Fevurly, Sara <Sara.Fevurly@huschblackwell.com>; Solomon, Danny <Danny.Solomon@huschblackwell.com>; msherman@spencerfane.com <msherman@spencerfane.com>
**Subject:** Re: Weskan v. K&O

Let me discuss with the client and get right back to you.

THOMAS R. AJAMIE
AJAMIE LLP
150 East 58th Street, 29th floor
New York, NY 10155
711 Louisiana Street, Suite 1600, Houston, TX 77002
Office: 713-860-1600 Mobile: 917-459-6494
Email: tajamie@ajamie.com
Web: www.ajamie.com

# AJAMIE LLP

**CONFIDENTIALITY STATEMENT**

This electronic transmission, including any accompanying documents, contains information which may be confidential or privileged. It is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, please be aware that any disclosure, replication, distribution or use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify me immediately by return email.

---

**From:** Simon, Jeff <Jeff.Simon@huschblackwell.com>
**Sent:** Wednesday, February 25, 2026 2:38:09 PM
**To:** Tom Ajamie <tajamie@ajamie.com>
**Cc:** Rex Sharp <rsharp@midwest-law.com>; Fevurly, Sara <Sara.Fevurly@huschblackwell.com>; Solomon, Danny <Danny.Solomon@huschblackwell.com>; msherman@spencerfane.com <msherman@spencerfane.com>
**Subject:** Weskan v. K&O

Mr. Ajamie,

We intend to file a motion to dismiss the case. Certain arguments in that motion will be further informed by the STB's ruling in the pending proceeding. I understand that a decision is expected no later than March 24. Accordingly, we think that the most efficient manner to proceed is to obtain a brief extension of the date for our responsive pleading.

We currently intend to file a motion with the Court seeking an extension to 7 days after the STB rules. In light of your previous position regarding our request for more time, I am assuming that you will oppose this request. I plan to so advise the Court unless I hear differently from you.

**Jeff Simon**
**Partner**

**HUSCH BLACKWELL**
4801 Main Street
Suite 1000
Kansas City, MO 64112-2551

Direct: 816-329-4711
Fax: 816-983-8080
Jeff.Simon@huschblackwell.com
huschblackwell.com
 vBio|vCard

**Technology, Manufacturing, & Transportation**
**Commercial Litigation**

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service. Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions to our clients' most complex challenges.**