IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WESKAN GRAIN LLC, et al.,

      *Plaintiffs*,

    v.        No. 2:26-cv-2053
              Hon. Julie A. Robinson

KANSAS & OKLAHOMA RAILROAD,
LLC, et al.,

      *Defendants*.

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
## MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

Under Fed. R. Civ. P. 6(b) and Local Rule 6.1(a), Defendant Union Pacific Railroad Company ("Union Pacific") respectfully requests an extension of its responsive-pleading deadline through and including the later of (i) April 3, 2026, or (ii) seven days after the Surface Transportation Board (STB) acts in a pending proceeding addressing the same issues between the same parties.

1. Union Pacific was served with the Complaint on January 28, 2026, so its responsive pleading was first due on February 18, 2026.

2. On February 13, 2026, the Clerk of the Court granted Union Pacific a 14-day extension to respond to the Complaint, through March 4, 2026.

3. As explained in Defendant Kansas & Oklahoma Railroad's (K&O's) Motion for Extension, filed today, this case overlaps significantly with a matter currently pending before the STB. *See Kan. & Okla. R.R.—Lease & Operation Exemption with Interchange Commitment—*

*Union Pac. R.R.*, Docket No. FD 36849 (STB filed Mar. 27, 2025). The STB's decision in that matter will assist the parties and the Court in determining whether and how Plaintiffs' claims should proceed in this Court. By statute, the STB's decision is due by March 25, 2026. *See* 49 U.S.C. § 10502(b). Thus, for the reasons explained in K&O's Motion, which are incorporated by reference, good cause exists to extend the responsive-pleading deadline until after the STB acts. *See Bechtel Corp. v. Loc. 215*, 544 F.2d 1207, 1215 (3d Cir. 1976) ("[I]n the exercise of its sound discretion, a court may hold one lawsuit in abeyance to abide the outcome of another which may substantially affect it or be dispositive of the issues.") (citation omitted).

4. This is the second extension of its response deadline that Union Pacific has requested. This Motion is not for delay or any improper purpose.

5. The Court has not entered a scheduling order, so an additional extension of the responsive-pleading deadline will not impact any other deadlines in the case.

6. Plaintiffs' counsel oppose extending the responsive-pleading deadline given the pending STB proceedings on the basis that "[t]he STB proceeding and the antitrust lawsuit are completely different matters and in no way linked to one another." As K&O's Motion explains, that is not correct.

WHEREFORE, for good cause shown, Union Pacific respectfully requests that the Court grant this Motion and extend Union Pacific's responsive-pleading deadline through the later of (i) April 3, 2026, or (ii) seven days after the STB acts in the pending proceeding, *Kan. & Okla. R.R.—Lease & Operation Exemption with Interchange Commitment—Union Pac. R.R.*, Docket No. FD 36849.

| | |
|---|---|
| February 26, 2026 | Respectfully submitted, |
| SIDLEY AUSTIN LLP | SPENCER FANE LLP |
| | */s/ Melissa Hoag Sherman* |
| Raymond A. Atkins (*pro hac vice forthcoming*) | Melissa Hoag Sherman, KS #20278 |
| Allison Davis (*pro hac vice*) | 6201 College Boulevard, Suite 500 |
| Tobias S. Loss-Eaton (*pro hac vice*) | Overland Park, Kansas 66211 |
| Stephen S. Laudone (*pro hac vice*) | Telephone: (913) 345-8100 |
| 1501 K Street NW | Fax: (913) 345-0736 |
| Washington, DC 20005 | msherman@spencerfane.com |
| 202-736-8000 | |
| allison.davis@sidley.com | |
| tlosseaton@sidley.com | |

*Counsel for Defendant Union Pacific Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2026, I caused the foregoing document to be filed through the CM/ECF system, which will serve notice on all registered counsel.

*/s/ Melissa Hoag Sherman*
Attorney for Defendant
