### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 2:26-cv-02053-JAR-GEB |
| KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*, | |
| Defendants. | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Raymond A. Atkins be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required Affidavit in support of this Motion. I have verified that the information contained in the Affidavit is true and accurate.

Dated this 4th day of March 2026.

Respectfully submitted,

SPENCER FANE LLP

*/s/ Melissa Hoag Sherman*
Melissa Hoag Sherman, KS #20278
6201 College Boulevard, Suite 500
Overland Park, Kansas 66211
Telephone: (913) 345-8100
Fax: (913) 345-0736
msherman@spencerfane.com

*Counsel for Defendant*
*Union Pacific Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I caused the forgoing document to be filed through the CM/ECF system, which will serve notice on all registered counsel.

*/s/ Melissa Hoag Sherman*
Attorney for Defendant
Union Pacific Railroad Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:26-cv-02053-JAR-GEB |

### AFFIDAVIT OF RAYMOND A. ATKINS
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is:    Raymond A. Atkins

2. I practice under the following firm name or letterhead:

    Name:             Sidley Austin LLP

    Address:          1501 K Street NW
                      Washington, DC 20005

    Telephone Number: (202) 736-8889

    Fax:              (202) 736-8711

    Email address:    ratkins@sidley.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| District of Columbia | 1/8/1999 | 461476 |
| U.S. Supreme Court | 4/16/2018 | 305450 |
| U.S. Court of Appeals, 3rd Circuit | 7/19/2000 | N/A |
| U.S. Court of Appeals, 4th Circuit | 12/11/2020 | N/A |
| U.S. Court of Appeals, 7th Circuit | 12/11/2020 | N/A |
| U.S. Court of Appeals, 8th Circuit | 1/30/2023 | 23-00045 |
| U.S. Court of Appeals, 9th Circuit | 3/13/2015 | N/A |
| U.S. Court of Appeals, 11th Circuit | 1/6/2023 | N/A |
| U.S. Court of Appeals, D.C. Circuit | 7/26/2002 | 48262 |
| U.S. District Court, District of Columbia | 10/2/2017 | 461476 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule, local counsel has been retained to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this Affidavit and the Motion for Leave to Appear Pro Hac Vice. I understand that I will receive System-generated notices of electronic filings.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Raymond A. Atkins

Subscribed and sworn to before the undersigned on this 27th day of February 2026.

_____
Notary Public

My Appointment Expires: 3.14.2029

Meegan Rae N. Lyles
Notary Public of District of Columbia
My Commission Expires March 14 2029

