**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| WESKAN GRAIN LLC; COLORADO PACIFIC RAILROAD, L.L.C.; D&L FARMS, GP; E&D FARMS, GP; D&C FARMS, GP; L&E FARMS, GP; NORTH FOUR FARMS, GP; MARIENTHAL GRAIN LLC; D&A FARMS, GP; HINEMAN LAND & CATTLE, INC.; HINEMAN RANCH, L.L.C.; CIRCLE C FARMS, INC.; STEVEN COMPTON; MARK SANDERS; and JLD PARTNERSHIP; <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS & OKLAHOMA RAILROAD, LLC, and UNION PACIFIC RAILROAD COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:26-cv-02053 |

**<u>DEFENDANT KANSAS & OKLAHOMA RAILROAD, LLC'S
MOTION TO EXCEED PAGE LIMIT</u>**

Defendant Kansas & Oklahoma Railroad, LLC ("K&O") respectfully moves the Court pursuant to District of Kansas Local Rule 7.1(d)(4) for leave to file its forthcoming Motion to Dismiss and supporting memorandum in excess of the 15-page limit. K&O requests leave to file up to 36 pages for its memorandum in support of its Motion to Dismiss. In support of this motion, K&O states as follows:

1.    Plaintiffs' Complaint spans 29 pages plus exhibits and asserts several federal and state antitrust theories, including alleged Section 1 price-fixing and market allocation, Section 2 conspiracy to monopolize, and claims under the Kansas Restraint of Trade Act and the Colorado Antitrust Act. The Complaint alleges that

1

K&O and Union Pacific "secretly" revised the interchange commitment in a 1997 lease to eliminate Plaintiff Colorado Pacific Railroad's Towner Line as an option for westbound grain shipments.

2.    A Court may grant leave to a party to file a brief that exceeds the pre-set page limits on a showing of good cause. *See, e.g.*, *Jemaneh v. Univ. of Wyo.*, 2014 WL 1908630, at *1 (D. Colo. May 13, 2014), *aff'd*, 622 F. App'x 765 (10th Cir. 2015).

3.    Here, good cause exists because to adequately present a motion to dismiss, K&O's motion must address, at a minimum: Plaintiffs' complex factual allegations in the niche railroad industry; antitrust immunity and preemption arguments available to railroads; the rule of reason analysis, including Plaintiffs' proposed relevant market and market power; and several different antitrust theories under federal and state law. *See* Compl. ¶¶ 74–85, 91–119.

4.    The factual breadth and number of distinct legal issues make it impracticable, if not impossible, to adequately brief all dispositive arguments within the standard page limitation without sacrificing clarity and completeness.

5.    K&O thus seeks an enlargement to 36 pages to ensure comprehensive and efficient presentation of its Rule 12 arguments that will potentially narrow or resolve claims at the pleading stage. *See IBT Employer Group Welfare Fund v. Compass Minerals International, Inc.*, 2:22-CV-02432 (D. Kan.), Doc. No. 24 (granting leave to file 40-page motion to dismiss and strike). K&O will strive for concision and avoid duplication.

6.    K&O notified Plaintiffs of their intent to file this motion, and Plaintiffs

do not oppose.

WHEREFORE, K&O respectfully requests that the Court grant leave for K&O to file a memorandum in support of its Motion to Dismiss not to exceed 36 pages, and grant such other and further relief as the Court deems just and proper.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Sara A. Fevurly*
Jeffrey J. Simon, KS 15231
Sara A. Fevurly, KS 27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: 816.983.8000
F: 816.983.8080
jeff.simon@huschblackwell.com
sara.fevurly@huschblackwell.com

Daniel G. Solomon, *admitted pro hac vice*
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
T: 202.378.2300
F: 314.480.1505
danny.solomon@huschblackwell.com

**ATTORNEYS FOR DEFENDANT
KANSAS & OKLAHOMA RAILROAD,
LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this March 23, 2026 to all counsel of record via the Court's electronic filing system.

/s/ Sara A. Fevurly
**Attorney for Defendant**
**Kansas & Oklahoma Railroad, LLC**