# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| WESKAN GRAIN LLC; COLORADO PACIFIC RAILROAD, L.L.C.; D&L FARMS, GP; E&D FARMS, GP; D&C FARMS, GP; L&E FARMS, GP; NORTH FOUR FARMS, GP; MARIENTHAL GRAIN LLC; D&A FARMS, GP; HINEMAN LAND & CATTLE, INC.; HINEMAN RANCH, L.L.C.; CIRCLE C FARMS, INC.; STEVEN COMPTON; MARK SANDERS; and JLD PARTNERSHIP; | ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:26-cv-02053 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KANSAS & OKLAHOMA RAILROAD, LLC, and UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF DANIEL G. SOLOMON**

I, Daniel G. Solomon, state as follows:

1. I am a senior associate at Husch Blackwell LLP, counsel for Defendant Kansas & Oklahoma Railroad, LLC

2. I submit this declaration in support of K&O Railroad's Motion to Dismiss Plaintiff's Complaint.

3. Using Google Maps distance measuring tool, I measured these distances:

   a. The distance from the most eastern point in Lane County, Kansas to Weskan's Stockton Facility in Sheridan Lake, Colorado is about 105 miles.

   b. The distance from Leoti, Kansas to Sharon Springs, Kansas is about 36 miles.

   c. The distance from Leoti, Kansas to Garden City, Kansas is about 44 miles.

d.    The distance from Dighton, Kansas to Garden City, Kansas is about 42 miles.

e.    The distance from Scott City, Kansas to Oakley, Kansas is about 35 miles.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

March 30, 2025.

Daniel G. Solomon