## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

WESKAN GRAIN LLC, *et al.*,

               Plaintiffs,

               v.

KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*,

               Defendants.

Case No. 2:26-cv-02053-JAR-GEB

Oral Argument Requested

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
## MOTION TO DISMISS OR STAY THE CASE

Union Pacific Railroad Company respectfully moves to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  As set forth more fully in Union Pacific's accompanying Memorandum in Support, the doctrine of implied antitrust preclusion and the *Keogh* doctrine bar Plaintiffs' federal and state law antitrust claims.  Therefore, the Complaint should be dismissed, with prejudice, for failure to state a claim.

In the alternative, Union Pacific moves the Court to stay this case under the primary jurisdiction doctrine until the Surface Transportation Board concludes proceedings implicating the same issues that underly Plaintiffs' Complaint.

Union Pacific respectfully requests oral argument pursuant to Local Rule 7.2.

April 3, 2026

Raymond A. Atkins (*pro hac vice*)
Allison C. Davis (*pro hac vice*)
Tobias Loss-Eaton (*pro hac vice*)
Stephen S. Laudone *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Fax: (202) 736-8711
ratkins@sidley.com
allison.davis@sidley.com
tlosseaton@sidley.com
slaudone@sidley.com

Respectfully submitted,

 s/ *Melissa Hoag Sherman*
Melissa Hoag Sherman
SPENCER FANE LLP
6201 College Boulevard, Suite 500
Overland Park, KS 66211
Telephone: 913-327-5107
Fax: (913) 345-0736
msherman@spencerfane.com

*Attorneys for Defendant Union Pacific Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on April 3, 2026, I caused the foregoing document to be filed through the

CM/ECF system, which will serve notice on all registered counsel.

*s/ Melissa Hoag Sherman*
Attorney for Defendant
Union Pacific Railroad Company