**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

WESKAN GRAIN LLC; COLORADO PACIFIC
RAILROAD, L.L.C.; D&L FARMS, GP; E&D
FARMS, GP; D&C FARMS, GP; L&E FARMS,
GP; NORTH FOUR FARMS, GP;
MARIENTHAL GRAIN LLC; D&A FARMS,
GP; HINEMAN LAND & CATTLE, INC.;
HINEMAN RANCH, L.L.C.; CIRCLE C
FARMS, INC.; STEVEN COMPTON; MARK
SANDERS; and JLD PARTNERSHIP;

      Plaintiffs,

   v.

KANSAS & OKLAHOMA RAILROAD, LLC,
and UNION PACIFIC RAILROAD COMPANY,

      Defendants.

Civil Action No. 26-cv-02053-JAR-GEB

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS, MOTION TO FILE**
**OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS,**
**AND MOTION TO EXCEED PAGE LIMIT**

Pursuant to Fed. R. Civ. P. 6(b)(1) and D. Kan. Rules 6.1 and 7.1(d)(4), Plaintiffs submit this Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, Motion to File Omnibus Response to Defendants' Motions to Dismiss, and Motion to Exceed Page Limit. Plaintiffs respectfully request that the Court extend their deadlines to respond to Defendants' Motions to Dismiss to Friday, May 15, 2026. The amount of time requested by Plaintiffs in this extension is approximately the same extension Defendants received for their deadline to answer or otherwise respond to Plaintiffs' complaint. Plaintiffs also seek leave of the Court to file one consolidated, omnibus opposition to Defendants' Motions and for that opposition brief to exceed the Court's 15-page limit with a proposed 40-page limit. In support of this motion, Plaintiffs state:

1.      Plaintiffs filed their lawsuit against Defendants Kansas & Oklahoma Railroad, LLC ("K&O") and Union Pacific Railroad Company ("UP") (collectively, "Defendants") on January 27, 2026, *see* Dkt. 1, and served both Defendants the next day. Defendants' original answer deadline was February 18, 2026, but through a series of extensions, the deadline was moved to April 3, 2026, over six weeks later. *See* Dkts. 14, 16, and 24. K&O filed a motion to dismiss on April 2, 2026, Dkts. 30–31, and UP filed a motion to dismiss on April 3, 2026, Dkts. 32–33. Thus, Plaintiffs' responses to these motions are due on April 23, 2026, and April 24, 2026, respectively.

2.      Good cause exists to grant this motion. Defendants filed separate motions to dismiss, and the briefs in support of their Motions total over 50 pages. *See* Dkt. 31 (36 pages); Dkt. 33 (15 pages). Responding to two motions to dismiss in three weeks is difficult. Due to extensions granted by both this Court and Plaintiffs, Defendants received approximately 44 days for time to answer or otherwise respond. Plaintiffs' requested extension of May 15, 2026 to respond in opposition to the Motions gives Plaintiffs' roughly the same length of time, i.e., 42 days, the Court extended Defendants' deadline to answer or otherwise plead.

3.      Moreover, the Motions' arguments overlap. *E.g., compare* Dkt. 31 at 18–22 (discussing implied antitrust preemption) *with* Dkt. 33 at 12–16 (same); thus, Plaintiffs also seek leave to file one consolidated, omnibus opposition to Defendants' Motions for efficiency of the Court and the Parties. Finally, given the length and breadth of K&O's motion in particular, Plaintiffs seek leave of the Court to exceed the 15-page limit under D. Kan. Rule 7.1(d)(3), and request leave to file up to 40 pages for its memorandum in opposition to Defendants' Motions.

4.      This is Plaintiffs' first request for an extension of this deadline. Plaintiffs do not make this motion for delay or any improper purpose.

5.      The Court has not entered a scheduling order, so an extension will not affect any pending deadlines in this matter, other than moving forward the deadline for Defendants to submit reply briefs in support of their motions.

6.      Plaintiffs conferred with Defendants before filing this motion. Defendants do not oppose Plaintiffs' requests to file one consolidated, omnibus opposition to Defendants' Motions and for that opposition brief to exceed the Court's 15-page limit for up to 40 pages.

7.      Defendants, however, oppose Plaintiffs' request for an extension of time until May 15, 2026. Defendants do consent to a two-week extension of time, i.e., to May 8. The difference between Plaintiffs' requested extension and Defendants' consented-to extension is one week.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motions to Dismiss and extend their deadline to respond to Defendants' motions to Friday, May 15, 2026, grant Plaintiffs' request to file one consolidated, omnibus response to Defendants' Motions to Dismiss, grant Plaintiffs leave to file an opposition brief not to exceed 40 pages, and for such other relief as the Court deems just.

Dated: April 13, 2026

Respectfully submitted,

*/s/ Hammons P. Hepner*
Rex A. Sharp, KS #12350
Isaac L. Diel, KS #14376
Hammons P. Hepner, KS #29138
Sharp Law LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
hhepner@midwest-law.com

--and--

Thomas R. Ajamie, admitted *pro hac vice*
Texas Bar No. 00952400
Courtney D. Scobie, admitted *pro hac vice*
Texas Bar No. 24045796
John S. "Jack" Edwards, Jr., admitted *pro hac vice*
Texas Bar No. 24040851
AJAMIE LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
tajamie@ajamie.com
cscobie@ajamie.com
jedwards@ajamie.com

*Counsel for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I certify that on April 13, 2026, a copy of the foregoing Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motions to Dismiss was served on Defendants' counsel via the CM/ECF system.

/s/ Hammons P. Hepner
Hammons P. Hepner