**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| WESKAN GRAIN LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*,<br><br>*Defendants*. | No. 2:26-cv-2053-JAR-GEB<br><br>Oral Argument Requested |

**UNION PACIFIC'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Under D. Kan. Rule 7.1(f), Defendant Union Pacific Railroad Company submits this notice of supplemental authority in support of its motion to dismiss or stay this case. *See* Doc. 33.

On September 30, 2026, the Surface Transportation Board issued a procedural decision in the parallel agency proceeding discussed in Union Pacific's briefing. *See, e.g.*, Doc. 46 at 2–3, 7, 9–10. The STB's order confirms that: the agency has "instituted a proceeding" to consider the validity of the same lease amendments at issue here, Ex. A at 1, 3; lead Plaintiff Weskan Grain is vigorously litigating that question before the agency, *id.* at 1–3; the STB proceeding will address the lease's effect on competition, *id.* at 2; and further filings responding to Weskan's arguments are due this month, *id.* at 3. This pertinent and significant authority bolsters Union Pacific's arguments that Plaintiffs' claims should be dismissed, or at least stayed pending STB action, because those claims intrude on the STB's exclusive authority and overlap with the ongoing agency proceeding.

By statute, the STB proceeding "shall be completed within 9 months after it is begun," *i.e.*, by the end of April 2027. 49 U.S.C. § 10502(b); *see* Ex. A at 3 (proceeding instituted by the STB on July 30, 2026).

October 1, 2026

Respectfully submitted,


s/ *Melissa Hoag Sherman*
Melissa Hoag Sherman
SPENCER FANE LLP
6201 College Boulevard, Suite 500
Overland Park, KS 66211
Telephone: 913-327-5107
Fax: (913) 345-0736
msherman@spencerfane.com

Raymond A. Atkins (*pro hac vice*)
Allison C. Davis (*pro hac vice*)
Tobias S. Loss-Eaton (*pro hac vice*)
Stephen S. Laudone (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Fax: (202) 736-8711
ratkins@sidley.com
allison.davis@sidley.com
tlosseaton@sidley.com
slaudone@sidley.com

*Attorneys for Defendant Union Pacific Railroad Company*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, I caused the foregoing document to be filed through the CM/ECF system, which will serve notice on all registered counsel.

*s/ Melissa Hoag Sherman*
Attorney for Defendant
Union Pacific Railroad Company