**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

WESKAN GRAIN LLC, *et al.*,

*Plaintiffs*,

v.

KANSAS & OKLAHOMA RAILROAD, LLC, *et al.*,

*Defendants*.

No. 2:26-cv-2053-JAR-GEB

Oral Argument Requested

**EXHIBIT INDEX**

Exhibit A – STB Decision dated September 30, 2026, in Docket No. FD 36849 (Sub-No. 1)